1 | SEYFARTH SHAW LLP
William J. Dritsas (SBN 097523) Wdritsas@seyfarth.com
2 | Anthony J. Rao (SBN 173512) arao@seyfarth.com
Laura J. Maechtlen (SBN 224923) lmaechtlen@seyfarth.com
3 | 560 Mission Street, 31st Floor
San Francisco, California 94105
4 | Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
GOODMAN NETWORKS, INC., JAMES E. GOODMAN,
JOHN A. GOODMAN, JOHN DEBUS, JAMES E. NALLEY,
ALEX BABER, JIMMY HULETT, MIKE SMITH, SCOTT PICKETT

LAW OFFICES OF JARED E. PETERSON
Jared E. Peterson (SBN 49700) jaredep@pacbell.net
2017 Lincoln Street
Berkeley, California 94709
Telephone: (510) 841-4462
Facsimile: (510) 841-4464

FLYNN, DELICH & WISE LLP
James B. Nebel (SBN 69626) jamesn@fdw-law.com
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
CHARLES ADAMS

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHARLES ADAMS, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>GOODMAN NETWORKS, INC.; JAMES E. GOODMAN; JOHN A. GOODMAN; JOHN DEBUS; JAMES E. NALLEY; ALEX BABER; JIMMY HULETT; MIKE SMITH; SCOTT PICKETT; and DOES 1 through 500,<br><br>   Defendants. | Case No. C0501973 PJH<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME TO HEAR JOINT MOTION FOR ORDER (1) PROVISIONALLY CERTIFYING A SETTLEMENT CLASS, (2) PRELIMINARILY APPROVING CLASS AND COLLECTIVE SETTLEMENT, (3) DIRECTING DISTRIBUTION OF NOTICE OF SETTLEMENT AND OPPORTUNITY TO OPT OUT, AND (4) SETTING A HEARING FOR FINAL APPROVAL; AND MOTION FOR PRELIMINARY APPROVAL OF AN AWARD OF ATTORNEYS' FEES AND COSTS AND AN AWARD OF AN ENHANCEMENT PAYMENT TO PLAINTIFF** |

Stipulated Request for Order Shortening Time; [Proposed] Order

[~~PROPOSED~~] **ORDER**

Date: June 14, 2006 (requested)
Time: 9:00 a.m.
Judge: PHYLLIS J. HAMILTON

### STIPULATED REQUEST FOR ORDER SHORTENING TIME

Pursuant to Northern District Local Rule 6-2, Class Counsel for Plaintiff Charles Adams, on behalf of himself and others similarly situated, and Counsel for Defendants Goodman Networks, Inc., James E. Goodman, John A. Goodman, John Debus, James E. Nalley, Alex Baber, Jimmy Hulett, Mike Smith, and Scott Pickett (jointly referred to hereafter as "Parties") stipulate as follows:

1. The Parties request an Order shortening the time to hear the (a) Joint Motion For Order Provisionally Certifying A Settlement Class, Preliminarily Approving Class And Collective Settlement, Directing Distribution Of Notice Of Settlement And Opportunity To Opt Out, And Setting A Hearing For Final Approval, and (b) Motion for Preliminary Approval of an Award of Attorneys' Fees and Costs and an Award of an Enhancement Payment to Plaintiff, from 35 days notice under Northern District Local Rule 7-2, to 10 days notice as permitted under Local Rule 6-1(b).

2. The Parties seek to shorten time because one of the material terms of the arms-length and fair, global collective and class action settlement is that payment to all settlement class members, and payment of fees and costs, must be made by December 31, 2006. Given the complex timetable negotiated between the Parties, including payment of $1,000,000 on October 1, 2006, less Court-approved attorneys' fees (see Paragraphs 7, 21, 27, and 31-45 of the Joint Stipulation of Settlement and Release submitted herewith), 35 days notice to hear the joint motions will seriously jeopardize accomplishing the goal of making final payments on or before December 31, 2006.

3. There have been no previous time modifications in this case, either by stipulation or Court Order, other than a 7 day extension that Plaintiff granted Defendants to file a responsive pleading.

4. The requested time change will have a positive effect on this case. Namely, Defendants will be able to meet the stipulated deadline of paying all settlement sums to the class, and all attorneys' fees and costs to class counsel, on or before December 31, 2006.

5. There will be no Opposition or Reply to the Joint Motion filed.

Class Counsel and Defendants' Counsel declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct:

**CLASS COUNSEL:**

DATED: May 30, 2006					LAW OFFICES OF JARED E. PETERSON

						By_____/s/ Jared E. Peterson_____
							Jared E. Peterson
						Attorneys for Plaintiff and Class

DATED: May 30, 2006					FLYNN, DELICH & WISE LLP

						By_____/s/ James B. Nebel_____
							James B. Nebel
						Attorneys for Plaintiff and Class

**DEFENDANTS' COUNSEL:**

DATED: May 30, 2006					SEYFARTH SHAW LLP

						By_____/s/ Anthony J. Rao_____
							Anthony J. Rao
						Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION IT IS SO ORDERED THAT the hearing on the (a) Joint Motion For Order Provisionally Certifying A Settlement Class, Preliminarily Approving Class And Collective Settlement, Directing Distribution Of Notice Of Settlement And Opportunity To Opt Out, And Setting A Hearing For Final Approval, and (b) Motion for Preliminary Approval of an Award of Attorneys' Fees and Costs and an Award of an Enhancement Payment to Plaintiff, will be heard on 10 days notice on permitted under Northern District Local Rule 6-1(b), and not on 35 days notice. The hearing date for the above joint motions is __June 14, 2006 at 9:00 a.m.__. There will be no Opposition or Reply to the motions filed.

5/31/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton