**United States District Court**
For the Northern District of California

1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7
CHARLES ADAMS, on behalf of
8   himself and others similarly
situated,
9
                    Plaintiff,                     No. C 05-1973 PJH
10
            v.                                     **ORDER GRANTING IN PART AND**
11                                                 **DENYING IN PART REQUEST FOR**
GOODMAN NETWORKS, INC., et al.,                    **ORDER SHORTENING TIME**
12
                    Defendants.
13   _____/

14          The court is in receipt of the parties' request for an order shortening time for the

15   hearing on the parties' joint motion for an order provisionally certifying a settlement class,

16   preliminarily approving the settlement, directing distribution of notice to the class, and

17   setting a hearing for final approval; and motion for preliminary approval of an award of

18   attorneys' fees and costs and an award of an enhancement payment to plaintiff.  The

19   parties request a hearing on June 14, 2006.

20          The request is GRANTED as to the motion for class certification and preliminary

21   approval of the settlement, and is DENIED as to the motion for preliminary approval of

22   attorneys' fees and costs and approval of an enhancement payment to plaintiff.  The

23   parties may choose between having both motions heard on Wednesday, July 12, 2006, at

24   9:00 a.m., or having the motion for class certification and preliminary approval of the

25   settlement heard on June 14, 2006, at 9:00 a.m., and the motion for approval of attorneys'

26   fees, costs, and enhancement payment heard on whatever date is selected for the motion

27   for final approval of the settlement.

28          If the parties choose the latter option, the notice to the class regarding the motion for

1 | final approval of the settlement shall state that the court will, at the hearing on the motion

2 | for final approval, consider class counsel's request for an award of attorneys' fees not to

3 | exceed one-third of the settlement fund, and request for an enhancement payment to

4 | plaintiff not to exceed $20,000.

5 |     The parties shall advise the court in writing no later than Tuesday, June 6, 2006,

6 | whether they wish to go forward with the motion for class certification and preliminary

7 | approval of the settlement on June 14, 2006.

8 |

9 | **IT IS SO ORDERED.**

10 | Dated:  June 2, 2006

11 | _____
    PHYLLIS J. HAMILTON
    United States District Judge

**United States District Court**
For the Northern District of California

2